

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,456

### EX PARTE RODERICK DASHAD NEWTON

### ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE
### NO. W99-36618-I(B)IN CRIMINAL DISTRICT COURT 2
### DALLAS COUNTY

*Per Curiam*.

### O P I N I O N

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071. Applicant was convicted of capital murder in February 2000. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure article 37.071, and the trial court, accordingly, set punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Newton v. State*, No. AP-73,778 (Tex. Crim. App. June 12, 2002) (not designated for publication).

Applicant presents two allegations in his application in which he challenges the validity of his conviction and resulting sentence. In his second allegation, applicant claims that the State withheld exculpatory evidence in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). The State conceded that material exculpatory evidence was withheld from applicant. The habeas court adopted the State's unopposed findings of fact and conclusions of law and recommended that this Court grant relief.

This Court has reviewed the record with respect to applicant's allegation that the State withheld exculpatory evidence. Based on the habeas court's findings and conclusions and our own review, we hold that the record supports the habeas court's findings. Therefore, relief is granted.

We vacate applicant's conviction and sentence and remand the case to the trial court for proceedings consistent with this opinion.

Delivered: November 17, 2010

Do Not Publish